UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TATYANA EVGENIEVNA DRAVALEVA,

    Plaintiff,

    v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendant.
_____/

No. C 09-3925 PJH

**ORDER TO SHOW CAUSE**

TO PLAINTIFF TATYANA EVGENIEVNA DREVALEVA:

YOU ARE HEREBY ORDERED TO SHOW CAUSE IN WRITING, no later than May 26, 2010, why this case should not be dismissed as moot, in light of the showing by defendant U.S. Citizen and Immigration Services that it approved your I-360 visa petition on February 22, 2010.

**IT IS SO ORDERED.**

Dated: May 17, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge